IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK L. NEFF,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-749-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Mark Neff's petition for habeas corpus relief.

/s/                                                                          8/17/2017

Peter Oppeneer, Clerk of Court                          Date